**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ELIJAH SKATES,

                Plaintiff,

   v.                                                9:14-cv-1092
                                                          (TJM/DEP)
JARROD SHUSDA, et al.,

                Defendants.

**Thomas J. McAvoy, SR. U.S.D.J.**

## DECISION and ORDER

The Court referred this action alleging civil rights violations by prison officers, brought pursuant to 42 U.S.C. § 1983, to the Hon. David E. Peebles, Chief United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. The Report-Recommendation, dated September 27, 2017, recommends that the Court grant Defendants' motion to dismiss for failure to prosecute.

Plaintiff did not file objections to the Report-Recommendation and the time for filing such objections has passed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will adopt the Report-Recommendation.

Accordingly:

The Report-Recommendation, dkt. # 63, is hereby ADOPTED. The Defendants'

1

motion to dismiss for lack of prosecution and failure to comply with discovery orders, dkt. # 62, is hereby GRANTED.  The Complaint is dismissed in its entirety.  The Clerk of Court is directed to CLOSE the case.

**IT IS SO ORDERED**


Dated: October 26, 2017

_____
Thomas J. McAvoy
Senior, U.S. District Judge